UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alphonse De Simone, Esq.
195 US Highway 46, Suite 6
Totowa, New Jersey 07512
Tel. 973-785-3935
Atty Id. 015131977
Attorney for Debtors

| | |
|---|---|
| In Re: <br><br> Dennis K. Scott and <br> Carmen M. Scott <br><br> Debtors | Case No.: 18-19245 RG <br><br> Judge: Hon. Rosemary Gambardella <br><br> Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by Nationstar Mortgage, LLC d/b/a Mr. Cooper , creditor,

    A hearing has been scheduled for January 15, 2020, at 10:00AM.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ 8,114.65, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/30/2019                                /s/ Dennis K. Scott
                                                Debtor's Signature

Date: 12/30/2019                                /s/ Carmen M. Scott
                                                Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Dec. 16. 2019 3:43PM    No. 0815 P. 3/4

| Date | Description | Amount Out | Amount In | Category | Balance |
|---|---|---|---|---|---|
| | | $22.52 | | | $1,914.89 |
| Nov 27 | Direct Deposit/Salary | | $184.55 | Paychecks | $1,937.41 |
| Nov 27 | Direct Deposit/Salary | | $312.70 | Paychecks | $1,752.86 |
| Nov 27 | Direct Deposit/Salary | | $893.54 | Paychecks | $1,440.16 |
| Nov 26 | DELI INC | $15.96 | | Restaurants | $546.62 |
| Nov 25 | ATM/Teller Deposit | | $460.00 | Deposits | $562.58 |
| Nov 22 | Target | $14.71 | | Electronics + Merchandise | $102.58 |
| Nov 22 | ONLINE TRANSFER FROM XXXXX0838 | | $100.00 | Transfers | $117.29 |
| Nov 20 | Service Charge/Fee Refund | | $3.00 | Refunds | $17.29 |
| Nov 20 | Service Charge/Fee Refund | | $3.00 | Refunds | $14.29 |
| Nov 18 | ATM/Cash Withdrawal | $3.00 | | ATM | $11.29 |
| Nov 18 | Primerica Insurance Payment | $179.52 | | Insurance | $14.29 |
| Nov 18 | XX9322 Touchtuneshelpshiftc TouchTunes NY | $5.00 | | Education | $193.81 |
| Nov 18 | ATM/Cash Withdrawal | $63.00 | | ATM | $198.81 |
| Nov 18 | XX9321 ENRITE GAS LITTLE FERR NJ | $30.00 | | Auto + Gas | $261.81 |
| Nov 18 | XX9321 RUBIA BEAUTY SALON PATERSON NJ | $62.40 | | Personal + Family | $291.81 |
| Nov 18 | ONLINE TRANSFER FROM XXXXX8518 | | $150.00 | Transfers | $354.21 |
| Nov 15 | ONLINE TRANSFER FROM XXXXX0897 | | $60.00 | Transfers | $204.21 |
| Nov 14 | ACH WEBSINGLE XX GREENBERGEPAYFE ONLINEFEE | $2.00 | | Transfers | $144.21 |
| Nov 14 | ACH WEBSINGLE XX CHAPTER13TRUST ONLINEPMT | $1,385.00 | | Credit Card Payments | $146.21 |
| Nov 14 | Moose's | $25.00 | | Subscriptions + Renewals | $1,531.21 |
| Nov 13 | Transfer | $10.00 | | Transfers | $1,556.21 |
| Nov 13 | Transfer | $25.00 | | Transfers | $1,566.21 |
| Nov 13 | Farmers' markets | $30.93 | | Groceries | $1,591.21 |
| Nov 13 | AT&T | $196.78 | | Cable + Phone | $1,622.14 |
| Nov 13 | ONLINE TRANSFER FROM XXXXX8518 | | $100.00 | Transfers | $1,818.92 |
| Nov 13 | Direct Deposit/Salary | | $92.57 | Paychecks | $1,718.92 |
| Nov 13 | Direct Deposit/Salary | | $312.69 | Paychecks | $1,626.35 |
| Nov 13 | Direct Deposit/Salary | | $893.55 | Paychecks | $1,313.66 |
| Nov 12 | ATM/Cash Withdrawal | $30.00 | | ATM | $420.11 |
| Nov 12 | XX9316 Touchtuneshelpshiftc TouchTunes NY | $5.00 | | Other Expenses | $450.11 |
| Nov 12 | XX9314 AMI ENTERTAINMENT NETW XX3633 MI | $5.00 | | Entertainment | $455.11 |
| Nov 12 | ATM/Teller Deposit | | $120.00 | Deposits | $460.11 |
| Nov 8 | Denny's | $23.51 | | Restaurants | $340.11 |
| Nov 7 | New Jersey Motor Vehicle Commission | $73.00 | | Auto + Gas | $363.62 |
| Nov 7 | XX9311 CONSUMER CELLULAR INC XX4460 OR | $24.05 | | Cable + Phone | $436.62 |
| Nov 6 | B9L04H5016043 PASSAIC VALLEY W PASSAIC VA | $158.39 | | Transfers | $460.67 |
| Nov 6 | Wawa Inc | $25.00 | | Groceries | $619.06 |
| Nov 6 | CVS Pharmacy | $22.93 | | Healthcare | $644.06 |
| Nov 5 | Amazon | $13.85 | | Electronics + Merchandise | $666.99 |
| Nov 5 | XX9309 RAILYARD BAR GRILL FAIR LAWN NJ | ~~$47.85~~ | | Restaurants | $680.84 |
| Nov 5 | ATM/Teller Deposit | | $160.00 | Deposits | $727.89 |
| Nov 4 | Nationstar Mortgage  2 payments | $3,928.00 | | Mortgage | $567.89 |
| Nov 4 | Amazon Marketplace | $37.94 | | Office Expenses | $4,495.89 |
| Nov 4 | XX9308 H S DISCOUNT LIQUOR TEANECK NJ | $26.58 | | Groceries | $4,533.83 |



Dec. 16. 2019  3:42PM                                                                                                    No. 0815   P. 2/4

# PNC

## ACCOUNT ACTIVITY (Monday, Dec 16, 2019)

**Virtual Wallet Spend X4829**
Available Balance $1,629.79
Balance $1,019.53

Overdraft Protected by Reserve

## MONTHLY TRANSACTIONS

| Date | Description | Withdrawal | Deposit | Category | Balance |
|---|---|---|---|---|---|
| December | | | | | |
| Pending Dec 16 | ATM DEP 1050 MAIN CARD#7699 | | $200.00 | | |
| Pending Dec 16 | ATM DEP 1050 MAIN CARD#7699 | | $20.00 | | |
| Pending Dec 16 | ATM DEP 1 ENGLEWOO CARD#7699 | | $400.00 | | |
| Pending Dec 15 | QVCXXXXX2031 CARD7699 | $9.74 | | | |
| Dec 13 | XX9347 CASH APPDANIELLE P XX4551 CA | $100.00 | | Other Expenses | $1,019.53 |
| Dec 13 | AT&T | $196.78 | | Cable + Phone | $1,119.53 |
| Dec 13 | XX9347 ELSA LA REINA DEL CH TEANECK NJ | $14.92 | | Personal + Family | $1,316.31 |
| Dec 13 | XX9347 POLYGON GAS PATERSON NJ | $30.00 | | Auto + Gas | $1,331.23 |
| Dec 12 | XX9346 CONSUMER CELLULAR INC XX4460 OR | $24.05 | | Cable + Phone | $1,361.23 |
| Dec 11 | ATM/Cash Withdrawal | $10.00 | | ATM | $1,385.28 |
| Dec 11 | Transfer | $10.00 | | Transfers | $1,395.28 |
| Dec 11 | Transfer | $25.00 | | Transfers | $1,405.28 |
| Dec 11 | QVC | $10.48 | | Personal + Family | $1,430.28 |
| Dec 11 | Direct Deposit/Salary | | $312.71 | Paychecks | $1,440.76 |
| Dec 11 | Direct Deposit/Salary | | $893.55 | Paychecks | $1,128.05 |
| Dec 10 | ATM/Cash Withdrawal | $10.00 | | ATM | $234.50 |
| Dec 10 | ATM/Teller Deposit | | $50.00 | Deposits | $244.50 |
| Dec 9 | ATM/Cash Withdrawal | $80.00 | | ATM | $194.50 |
| Dec 9 | XX9342 PERSONALIZATION MALL XX6000 IL | $41.36 | | Other Expenses | $274.50 |
| Dec 9 | QVC | $26.66 | | Personal + Family | $315.85 |
| Dec 6 | CVS Pharmacy | $10.95 | | Healthcare | $342.51 |
| Dec 5 | Amazon | $13.85 | | Electronics + Merchandise | $353.46 |
| Dec 4 | Afterpay Pty Ltd | $37.50 | | Services + Supplies | $367.31 |
| Dec 2 | Nationstar Mortgage | $2,177.65 | | Mortgage | $404.81 |
| Dec 2 | Retro Fitness | $52.24 | | Personal + Family | $2,582.46 |
| Dec 2 | ONLINE TRANSFER FROM XXXXX8497 | | $300.00 | Transfers | $2,634.70 |
| November | | | | | |
| Nov 29 | Target | $52.19 | | Electronics + Merchandise | $2,334.70 |
| Nov 29 | Retro Fitness | $21.31 | | Personal + Family | $2,386.89 |
| Nov 29 | XX9332 POLYGON GAS PATERSON NJ | $30.00 | | Auto + Gas | $2,408.20 |
| Nov 29 | SSA | | $558.31 | Paychecks | $2,438.20 |
| Nov 27 | Transfer | $10.00 | | Transfers | $1,879.89 |
| Nov 27 | Transfer | $25.00 | | Transfers | $1,889.89 |

 SERVICING CORPORATION           Contact  

⌄ Navigation Menu

## View Loan Activity

For your convenience, you can view the previous six months of loan activity. Note that in certain circumstances related to delinquency or legal actions, loan activity may be limited or unavailable.

**Transactions for loan XXXXXX0560**

**December 2019**

| | Date | Description | Charges | Payments |
|---|---|---|---|---|
| ⊞ | 12/27/2019 | Regular Payment | | $2,008.76 |
| ⊞ | 12/27/2019 | Unapplied Payment Reversal | | ($3,458.60) |
| ⊞ | 12/27/2019 | Unapplied Payment | | $1,449.84 |
| ⊞ | 12/26/2019 | Regular Payment | | $2,008.76 |
| ⊞ | 12/26/2019 | Unapplied Payment | | $0.24 |
| ⊞ | 12/24/2019 | Prior Serv Corp Adv Assessment | $5,709.00 | |
| ⊞ | 12/24/2019 | Prior Serv Corp Adv Waiver | ($106,604.45) | |
| ⊞ | 12/23/2019 | Escrow Adjustment | $14,106.43 | |
| ⊞ | 12/23/2019 | Prior Serv Corp Adv Assessment | $106,604.45 | |
| ⊞ | 12/23/2019 | Forebearance Prin Assessment | $100,895.45 | |
| ⊞ | 12/23/2019 | Prior Servicer NSF Assessment | $30.00 | |
| ⊞ | 12/23/2019 | Unapplied Payment | | $3,458.36 |

Welcome (Default.aspx) | Make Payment (Payment.aspx) | View Payments (PaymentCenter.aspx) | View Billing Statement (BillingStatementSummary.aspx) | Billing Statement (BillingStatementRequest.aspx) | Loan Status (LoanStatus.aspx) | Payoff Quote (PayoffQuote.aspx) | Year-End Tax Information (YearEndTax.aspx) | Home Insurance Information (HomeInsurance.aspx) | Personal Information (PersonalInformation.aspx) | Change Profile (ChangeProfile.aspx)

Privacy Policy (../PrivacyPolicy.aspx) / Terms & Conditions (../TermsAndConditions.aspx)

© 2019 Security National Master Holding Company, LLC. All rights reserved.

**From:** customserv <customserv@snsc.com>
**To:** Dddcbb6 <Dddcbb6@aol.com>
**Subject:** Loan Payment Remittance Advice
**Date:** Tue, Dec 24, 2019 6:05 pm

On 12/24/2019, the ACH debit transaction you requested was initiated to make a payment on your loan **********0560.

## Payment Details

| Date | 12/24/2019 |
|---|---|
| Amount | $2,009.00 |
| Account | PNC BANK, NEW JERSEY (PNC BANK, NEW JERSEY) |
| Payment Option | One-time Payment |
| Confirmation Number | 530757-682192 |

Processing will take **1-3 business days from the scheduled payment date of 12/24/2019**. If your payment has not been posted to your account by that time, please contact Customer Service for assistance.

SN Servicing Corporation Customer Service: (800) 603-0836 (Toll Free)

Borrower Web Site: https://borrower.snsc.com