UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Alphonse De Simone, Esq.
195 US Highway 46, Suite 6
Totowa, New Jersey 07512
Attorney for Debtors
973-785-3935

Atty Id #015131977

In Re:

Dennis K. Scott and Carmen Scott

Case No.:     18-19245RG

Judge:     Rosemary Gambardella

Chapter:     13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __Marie-Ann Greenberg, Trustee__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ ___4,770.00___, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/10/2021

/s/ Dennis K. Scott
Debtor's Signature

Date: 11/10/2021

/s/ Carmen M. Scott
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Case Number 1819245**

## Debtor Information

| | |
|---|---|
| Debtor 1 | DENNIS K SCOTT |
| Debtor 2 | CARMEN M SCOTT |

## Trustee Information

| | |
|---|---|
| Trustee | Marie-Ann Greenberg |

### Status

Data Last Updated    Nov 09, 2021

Total Paid into Plan    $77,400.00

Petition Filed on    May 05, 2018

### Debtor's Latest Payments

| | |
|---|---|
| EPAY STANDARD PLAN PAYMENT | $2,385.00 |
| 11/01/2021 | |
| EPAY STANDARD PLAN PAYMENT | $2,385.00 |
| 08/04/2021 | |
| EPAY STANDARD PLAN PAYMENT | $2,385.00 |
| 07/08/2021 | |

## CASE INFORMATION

| | |
|---|---|
| Case Number | 1819245 |
| Chapter | 13 |
| Case Status | ACTIVE |
| NDC Case Status | Active-Open |
| Balance on Hand | $2,265.75 |
| Last Receipt Date | 11/01/2021 |
| Last Receipt Amount | $2,385.00 |
| Last Disbursement Date | 11/01/2021 |
| Total Paid into Plan | $77,400.00 |
| Total Paid to all Parties | $75,134.25 |
| Total Paid to Creditors | |

Handwritten annotation: "ADD'L PAYMENT MADE AFTER 11/1 NOT POSTED YET."

| | |
|---|---|
| Filing Fee in Plan | |
| Filing Fee Paid to Date | |
| Date Petition Filed | 05/05/2018 |
| Date Plan Filed | 05/05/2018 |
| First 341 Meeting Date | 06/05/2018 |
| Date Case Confirmed | 07/27/2018 |
| Date Case Closed | |

### PAYMENT SCHEDULE    Export

The values are estimates, please contact your Attorney with any questions.

### Additional Parties In Interest

### TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Marie-Ann Greenberg |
| Trustee City | Fairfield, NJ |
| Amount Paid to Date | $4,811.43 |

### JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | ROSEMARY GAMBARDELLA |
| Attorney Name | ALPHONSE DESIMONE |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

**Total Delinquency Amt: $4,770.00**

### DEBTOR INFORMATION

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| Debtor Name | DENNIS K SCOTT | Debtor Name | CARMEN M SCOTT |
| AKA | | AKA | |
| Direct Payment Amt | $2,385.00 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |
| Payroll Deduction Frequency | | Payroll Deduction Frequency | |

| DATE (MONTH/YEAR) | PAYMENT DUE | PAYMENT RECEIVED | PAYMENT DEFERRED | AMOUNT DUE |
|---|---|---|---|---|
| 6/2018 | $1,385.00 | $2,770.00 | 0.00 | $-1,385.00 |
| 7/2018 | $1,385.00 | $0.00 | 0.00 | $0.00 |
| 8/2018 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 9/2018 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 10/2018 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 11/2018 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 12/2018 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 1/2019 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |
| 2/2019 | $1,385.00 | $1,385.00 | 0.00 | $0.00 |

## PLAN STEPS

## COURT DOCKET

## DOCUMENTS AND FILES

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| /01/2018 | 11/30/2019 | 18 | $1,385.00 | MONTHLY |
| /01/2019 | 05/31/2023 | 42 | $2,385.00 | MONTHLY |