Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19245−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis K Scott
92 Arlington Avenue
Paterson, NJ 07502

Carmen M Scott
92 Arlington Avenue
Paterson, NJ 07502

Social Security No.:
xxx−xx−4755

xxx−xx−5137

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/1/21 at 10:00 AM

to consider and act upon the following:

**46** − Certification in Opposition to (related document:45 Certificate of Service (related document:44 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg) filed by Alphonse DeSimone on behalf of Carmen M Scott, Dennis K Scott. (DeSimone, Alphonse)

Dated: 11/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court