Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−19245−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis K Scott                              Carmen M Scott
92 Arlington Avenue                    92 Arlington Avenue
Paterson, NJ 07502                      Paterson, NJ 07502

Social Security No.:
xxx−xx−4755                              xxx−xx−5137

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/22 at 10:00 AM

to consider and act upon the following:

*52* – Certification in Opposition to (related document:50 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Alphonse DeSimone on behalf of Carmen M Scott, Dennis K Scott. (Attachments: # 1 Exhibit Proof of Payment) (DeSimone, Alphonse)

Dated: 2/2/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court