Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 6, 2022

**Chapter 13 Case # 18-19245**

Re:  DENNIS K SCOTT  
    CARMEN M SCOTT  
    92 ARLINGTON AVENUE  
    PATERSON, NJ  07502

Atty:  ALPHONSE DESIMONE  
    LAW OFFICES OF ALPHONSE DE SIMONE  
    195 ROUTE 46 WEST  
    SUITE 6  
    TOTOWA, NJ  07512

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2018 | $1,385.00 | 4974673000 | 06/28/2018 | $1,385.00 | 5024996000 |
| 08/09/2018 | $1,385.00 | 5140486000 | 09/12/2018 | $1,385.00 | 5226337000 |
| 10/09/2018 | $1,385.00 | 5299266000 | 11/13/2018 | $1,385.00 | 5385915000 |
| 12/27/2018 | $1,385.00 | 5491708000 | 01/29/2019 | $1,385.00 | 5576439000 |
| 02/25/2019 | $1,385.00 | 5643131000 | 03/26/2019 | $1,385.00 | 5728980000 |
| 04/18/2019 | $1,385.00 | 5790651000 | 05/13/2019 | $1,385.00 | 5857911000 |
| 06/17/2019 | $1,385.00 | 5940853000 | 07/12/2019 | $1,385.00 | 6009650000 |
| 08/12/2019 | $1,385.00 | 6090669000 | 09/12/2019 | $1,385.00 | 6171032000 |
| 10/17/2019 | $1,385.00 | 6260618000 | 11/14/2019 | $1,385.00 | 6329104000 |
| 12/30/2019 | $1,385.00 | 6433416000 | 01/23/2020 | $1,385.00 | 6500350000 |
| 02/24/2020 | $1,385.00 | 6580159000 | 03/30/2020 | $1,387.00 | 6672263000 |
| 05/01/2020 | $1,387.00 | 6751835000 | 06/01/2020 | $2,385.00 | 6830778000 |
| 06/09/2020 | $7,381.00 | 3153158 | 06/29/2020 | $2,385.00 | 6897382000 |
| 07/29/2020 | $2,385.00 | 6970142000 | 08/27/2020 | $2,385.00 | 7038821000 |
| 10/01/2020 | $2,385.00 | 7124520000 | 11/02/2020 | $2,385.00 | 7199945000 |
| 12/02/2020 | $2,385.00 | 7276468000 | 01/04/2021 | $2,385.00 | 7349786000 |
| 02/04/2021 | $2,385.00 | 7431611000 | 03/08/2021 | $2,385.00 | 7506845000 |
| 04/05/2021 | $2,385.00 | 7574815000 | 05/03/2021 | $2,385.00 | 7641832000 |
| 06/10/2021 | $2,385.00 | 7733303000 | 07/08/2021 | $2,385.00 | 7797258000 |
| 08/04/2021 | $2,385.00 | 7858184000 | 11/01/2021 | $2,385.00 | 8050939000 |
| 11/12/2021 | $2,385.00 | 8075902000 | 11/29/2021 | $2,385.00 | 8108046000 |
| 02/03/2022 | $4,774.00 | 8253484000 | 02/23/2022 | $2,385.00 | 8293677000 |
| 04/04/2022 | $2,385.00 | 8382079000 | | | |

**Total Receipts: $91,714.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $91,714.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 18-19245**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,491.35 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 50.58 | 100.00% | 45.17 | 5.41 |
| 0002 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 3,473.31 | 100.00% | 3,101.49 | 371.82 |
| 0003 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 2,020.23 | 100.00% | 1,803.96 | 216.27 |
| 0004 | CITIFINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CITIMORTGAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | COMENITY/FASHION BUG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 354.60 | 100.00% | 316.64 | 37.96 |
| 0008 | CREDIT COLLECTIONS SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 691.15 | 100.00% | 617.16 | 73.99 |
| 0010 | US DEPARTMENT OF EDUCATION | UNSECURED | 3,032.46 | 100.00% | 2,707.83 | 324.63 |
| 0011 | FINGERHUT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | FORT LEE FSB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MIDLAND CREDIT MGMT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 61,938.62 | 100.00% | 61,938.62 | 0.00 |
| 0020 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | STATE OF NEW JERSEY | PRIORITY | 1,600.18 | 100.00% | 1,600.18 | 0.00 |
| 0024 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 242.30 | 100.00% | 242.30 | 0.00 |
| 0028 | US DEPT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | US DEPT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | US DEPT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | ONEMAIN FINANCIAL | UNSECURED | 5,715.94 | 100.00% | 5,104.04 | 611.90 |
| 0034 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | LVNV FUNDING LLC | UNSECURED | 724.97 | 100.00% | 647.36 | 77.61 |
| 0036 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,245.16 | 100.00% | 2,897.76 | 347.40 |
| 0037 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | VERIZON | UNSECURED | 359.66 | 100.00% | 321.16 | 38.50 |
| 0039 | STATE OF NEW JERSEY | UNSECURED | 627.72 | 100.00% | 560.52 | 67.20 |
| 0040 | STATE OF NEW JERSEY | SECURED | 235.94 | 100.00% | 235.94 | 0.00 |
| 0041 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $89,412.48**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---:|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 08/16/2021 | $5.69 | 8002378 | | 09/20/2021 | $5.59 | 8002428 |
| | 12/13/2021 | $11.29 | 8002577 | | 01/10/2022 | $5.65 | 8002629 |
| | 03/14/2022 | $11.30 | 8002732 | | 04/18/2022 | $5.65 | 8002786 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 07/19/2021 | $6.55 | 873989 | | 08/16/2021 | $358.46 | 875670 |
| | 09/20/2021 | $358.47 | 877401 | | 12/13/2021 | $724.56 | 882523 |
| | 01/10/2022 | $362.28 | 884178 | | 03/14/2022 | $725.16 | 887574 |
| | 04/18/2022 | $362.28 | 889284 | | | | |

**Chapter 13 Case # 18-19245**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 08/16/2021 | $77.74 | 875972 | | 08/16/2021 | $81.54 | 875972 |
| | 09/20/2021 | $80.09 | 877723 | | 09/20/2021 | $76.34 | 877723 |
| | 12/13/2021 | $154.32 | 882807 | | 12/13/2021 | $161.87 | 882807 |
| | 01/10/2022 | $80.92 | 884453 | | 01/10/2022 | $77.16 | 884453 |
| | 03/14/2022 | $154.44 | 887861 | | 03/14/2022 | $162.01 | 887861 |
| | 04/18/2022 | $80.93 | 889598 | | 04/18/2022 | $77.16 | 889598 |
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 07/19/2021 | $7.01 | 874320 | | 08/16/2021 | $383.66 | 876010 |
| | 08/16/2021 | $227.24 | 876010 | | 09/20/2021 | $223.16 | 877767 |
| | 09/20/2021 | $383.68 | 877767 | | 12/13/2021 | $775.49 | 882840 |
| | 12/13/2021 | $451.06 | 882840 | | 01/10/2022 | $225.53 | 884488 |
| | 01/10/2022 | $387.76 | 884488 | | 03/14/2022 | $776.14 | 887900 |
| | 03/14/2022 | $451.44 | 887900 | | 04/18/2022 | $225.53 | 889635 |
| | 04/18/2022 | $387.75 | 889635 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | | | | | | |
| | 08/20/2018 | $1,330.38 | 808307 | | 09/17/2018 | $1,304.19 | 810257 |
| | 10/22/2018 | $1,304.20 | 812196 | | 11/19/2018 | $1,267.91 | 814119 |
| | 12/17/2018 | $1,267.90 | 816008 | | 02/11/2019 | $1,267.90 | 819837 |
| | 03/18/2019 | $1,267.90 | 821814 | | 04/15/2019 | $1,255.67 | 823838 |
| | 05/20/2019 | $2,511.33 | 825828 | | 06/17/2019 | $1,343.75 | 827812 |
| | 07/15/2019 | $64.87 | 829671 | | 08/19/2019 | $2,622.63 | 831672 |
| | 09/16/2019 | $1,311.31 | 833670 | | 10/21/2019 | $1,345.46 | 835706 |
| | 11/18/2019 | $1,294.92 | 837770 | | 12/16/2019 | $1,294.92 | 839685 |
| ONEMAIN FINANCIAL | | | | | | | |
| | 07/19/2021 | $11.53 | 874406 | | 08/16/2021 | $631.39 | 876108 |
| | 09/20/2021 | $631.40 | 877865 | | 12/13/2021 | $1,276.22 | 882942 |
| | 01/10/2022 | $638.11 | 884593 | | 03/14/2022 | $1,277.29 | 888005 |
| | 04/18/2022 | $638.10 | 889739 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/16/2021 | $39.89 | 8002379 | | 09/20/2021 | $39.16 | 8002429 |
| | 12/13/2021 | $79.18 | 8002578 | | 01/10/2022 | $39.58 | 8002630 |
| | 03/14/2022 | $79.24 | 8002734 | | 04/18/2022 | $39.59 | 8002787 |
| STATE OF NEW JERSEY | | | | | | | |
| | 08/20/2018 | $34.84 | 808602 | | 09/17/2018 | $34.15 | 810529 |
| | 10/22/2018 | $34.15 | 812492 | | 11/19/2018 | $33.20 | 814398 |
| | 12/17/2018 | $33.20 | 816298 | | 02/11/2019 | $33.20 | 820128 |
| | 03/18/2019 | $33.20 | 822109 | | 04/15/2019 | $32.88 | 824131 |
| | 05/20/2019 | $65.77 | 826153 | | 06/04/2019 | ($32.88) | 824131 |
| | 06/25/2019 | ($65.77) | 826153 | | 07/19/2021 | $1,600.18 | 874573 |
| | 08/16/2021 | $70.61 | 876277 | | 09/20/2021 | $69.34 | 878055 |
| | 12/13/2021 | $140.15 | 883114 | | 01/10/2022 | $70.08 | 884762 |
| | 03/14/2022 | $140.26 | 888170 | | 04/18/2022 | $70.08 | 889910 |

**Chapter 13 Case # 18-19245**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 08/20/2018 | $5.20 | 808897 | | 09/17/2018 | $5.10 | 810799 |
| | 10/22/2018 | $5.10 | 812774 | | 12/17/2018 | $9.92 | 816579 |
| | 03/18/2019 | $9.92 | 822447 | | 04/15/2019 | $12.60 | 824433 |
| | 05/20/2019 | $25.19 | 826481 | | 05/20/2019 | $14.73 | 826481 |
| | 06/17/2019 | $5.26 | 828388 | | 06/17/2019 | $13.48 | 828388 |
| | 08/19/2019 | $26.96 | 832313 | | 08/19/2019 | $10.51 | 832313 |
| | 09/16/2019 | $5.13 | 834253 | | 09/16/2019 | $13.16 | 834253 |
| | 10/21/2019 | $13.50 | 836364 | | 10/21/2019 | $5.26 | 836364 |
| | 10/22/2019 | ($5.26) | 836364 | | 10/22/2019 | $5.26 | 836656 |
| | 10/22/2019 | ($13.50) | 836364 | | 10/22/2019 | $13.50 | 836656 |
| | 11/18/2019 | $12.99 | 838369 | | 11/18/2019 | $5.07 | 838369 |
| | 12/16/2019 | $5.07 | 840243 | | 12/16/2019 | $12.99 | 840243 |
| | 02/10/2020 | $12.99 | 844002 | | 02/10/2020 | $5.07 | 844002 |
| | 03/16/2020 | $5.07 | 845952 | | 03/16/2020 | $12.99 | 845952 |
| | 04/20/2020 | $12.99 | 847913 | | 04/20/2020 | $5.07 | 847913 |
| | 05/18/2020 | $5.07 | 849680 | | 05/18/2020 | $13.01 | 849680 |
| | 06/15/2020 | $12.35 | 851364 | | 07/20/2020 | $89.38 | 853240 |
| | 07/20/2020 | $39.67 | 853240 | | 08/17/2020 | $8.51 | 855050 |
| | 08/17/2020 | $21.83 | 855050 | | 09/21/2020 | $21.83 | 856933 |
| | 09/21/2020 | $8.51 | 856933 | | 10/19/2020 | $8.51 | 858760 |
| | 10/19/2020 | $21.83 | 858760 | | 11/16/2020 | $21.83 | 860534 |
| | 11/16/2020 | $8.51 | 860534 | | 12/21/2020 | $8.51 | 862428 |
| | 12/21/2020 | $21.83 | 862428 | | 01/11/2021 | $21.83 | 864021 |
| | 01/11/2021 | $8.51 | 864021 | | 02/22/2021 | $8.51 | 865960 |
| | 02/22/2021 | $21.83 | 865960 | | 03/15/2021 | $21.83 | 867563 |
| | 03/15/2021 | $8.51 | 867563 | | 04/19/2021 | $8.51 | 869454 |
| | 04/19/2021 | $21.83 | 869454 | | 05/17/2021 | $21.83 | 871246 |
| | 05/17/2021 | $8.52 | 871246 | | 06/21/2021 | $8.65 | 873107 |
| | 06/21/2021 | $22.18 | 873107 | | 07/19/2021 | $5.94 | 874823 |
| | 07/19/2021 | $2.32 | 874823 | | | | |
| U.S. BANK TRUST NA | | | | | | | |
| | 03/16/2020 | $1,294.92 | 845971 | | 04/20/2020 | $1,294.92 | 847929 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 05/18/2020 | $1,296.80 | 848704 | | 06/15/2020 | $1,231.13 | 850377 |
| | 07/20/2020 | $8,909.30 | 852161 | | 08/17/2020 | $2,175.79 | 854038 |
| | 09/21/2020 | $2,175.78 | 855828 | | 10/19/2020 | $2,175.78 | 857720 |
| | 11/16/2020 | $2,175.78 | 859517 | | 12/21/2020 | $2,175.78 | 861323 |
| | 01/11/2021 | $2,175.78 | 863133 | | 02/22/2021 | $2,175.78 | 864773 |
| | 03/15/2021 | $2,175.78 | 866655 | | 04/19/2021 | $2,175.78 | 868295 |
| | 05/17/2021 | $2,175.78 | 870210 | | 06/21/2021 | $2,211.07 | 871993 |
| | 07/19/2021 | $592.51 | 873804 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 02/10/2020 | $1,294.92 | 842736 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 07/19/2021 | $6.12 | 874888 | | 08/16/2021 | $334.97 | 876601 |
| | 09/20/2021 | $334.97 | 878391 | | 12/13/2021 | $677.07 | 883434 |
| | 01/10/2022 | $338.53 | 885080 | | 03/14/2022 | $677.64 | 888485 |
| | 04/18/2022 | $338.53 | 890264 | | | | |
| VERIZON | | | | | | | |
| | 08/16/2021 | $40.46 | 876621 | | 09/20/2021 | $39.72 | 878415 |
| | 12/13/2021 | $80.31 | 883454 | | 01/10/2022 | $40.15 | 885098 |
| | 03/14/2022 | $80.37 | 888503 | | 04/18/2022 | $40.15 | 890283 |

**Chapter 13 Case # 18-19245**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 06, 2022.

Receipts: $91,714.00      -   Paid to Claims: $82,671.13      -   Admin Costs Paid: $6,741.35    =   Funds on Hand: $2,301.52

Unpaid Balance to Claims: $2,172.69      +   Unpaid Trustee Comp: $0.00           =   Total Unpaid Balance: **($128.83)

**\*\*NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.