Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−19245−RG
                              Chapter:  13
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis K Scott | Carmen M Scott |
| 92 Arlington Avenue | 92 Arlington Avenue |
| Paterson, NJ 07502 | Paterson, NJ 07502 |

Social Security No.:
  xxx−xx−4755                                         xxx−xx−5137

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Dennis K Scott and Carmen M Scott</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: May 16, 2022
JAN: rh

                                                                   <u>Jeanne Naughton, Clerk</u>