| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Dennis K. Scott**<br>**Carmen M. Scott** | Case No.    **18-19245**<br><br>Chapter:    **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Dennis K. Scott**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **July 19, 2022**       /s/ Dennis K. Scott
                                                     **Dennis K. Scott**
                                                     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>**Dennis K. Scott**<br>**Carmen M. Scott** | Case No. **18-19245** |
| | Chapter: **13** |
| | Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Carmen M. Scott**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **July 19, 2022**                     /s/ Carmen M.Scott
                                             **Carmen M. Scott**
                                             Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18