| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dennis K Scott<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4755<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Carmen M Scott<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5137<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–19245–RG | | |

# Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Dennis K Scott                                Carmen M Scott

    7/20/22                                    **By the court:** <u>Rosemary Gambardella</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19245-RG |
| Dennis K Scott | Chapter 13 |
| Carmen M Scott | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 20, 2022 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis K Scott, Carmen M Scott, 92 Arlington Avenue, Paterson, NJ 07502-1805 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 517515832 | + | Citifinancial, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 517515841 | + | Fort Lee Fsb, 817 Abbot Blvd, Fort Lee, NJ 07024-4101 |
| 517515842 | + | KML Law Group, 430 Mountain Avenue, New Providence, NJ 07974-2731 |
| 517691129 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517515851 | + | State of New Jersey Division of Taxation, PO Box 302, Trenton, NJ 08625-0302 |
| 518831142 | + | U.S. Bank National Association, as, Trustee for Bungalow Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517614225 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517515829 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:22 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517515830 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517515831 | + | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517623079 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517515833 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | Citimortgage, Citimortgage Corp, 1000 Technology Dr, O'Fallen, MO 63368-2240 |
| 517515834 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517515835 | + | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517515836 | + | EDI: CCS.COM | Jul 21 2022 00:28:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA |

Case 18-19245-RG  Doc 68  Filed 07/22/22  Entered 07/23/22 00:12:40  Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 3180W | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 517515837 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 20:33:21 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517515838 | + Email/Text: bncnotifications@pheaa.org | Jul 20 2022 20:29:00 | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517515839 | + EDI: BLUESTEM | Jul 21 2022 00:28:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517515840 | + Email/Text: fggbanko@fgny.com | Jul 20 2022 20:29:00 | Forster, Garbus & Garbus, 7 Banta Place, 1, Hackensack, NJ 07601-5604 |
| 517636987 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517515844 | + Email/Text: BKNotice@ldvlaw.com | Jul 20 2022 20:29:00 | Lyons Doughty & Veldius, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517515846 | Email/Text: EBN@Mohela.com | Jul 20 2022 20:29:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 517515845 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Credit Mgmt, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 517627622 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517515847 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 20:29:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517606156 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 20:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517515848 | + EDI: NAVIENTFKASMSERV.COM | Jul 21 2022 00:28:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517543543 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517515849 | + EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517515850 | + EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 517634801 | EDI: Q3G.COM | Jul 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518660319 | Email/Text: bknotices@snsc.com | Jul 20 2022 20:30:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518660320 | Email/Text: bknotices@snsc.com | Jul 20 2022 20:30:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 517515852 | + EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517515853 | + EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517515854 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2022 20:29:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517544233 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2022 20:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517840563 | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 20:29:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517515855 | + Email/Text: EDBKNotices@ecmc.org | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 3180W | Total Noticed: 44 |

|  |  | Jul 20 2022 20:29:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
|---|---|---|---|
| 517623631 | + EDI: AIS.COM | Jul 21 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517544234 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518831143 | *+ | U.S. Bank National Association, as, Trustee for Bungalow Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 517515843 | ##+ | KML Law Group, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Joint Debtor Carmen M Scott AlphonseD@comcast.net r46452@notify.bestcase.com |
| Alphonse DeSimone | on behalf of Debtor Dennis K Scott AlphonseD@comcast.net r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 20, 2022 | Form ID: 3180W | Total Noticed: 44 |

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15